```
                                    FILED
                                  OCT 15 2013
                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  <br>Plaintiff,  <br>v.  <br>**ELISEO DELGADILLO AVILA,**  <br>Defendant. | Case No.: 12CR0799-GT  <br>**ORDER GRANTING JOINT MOTION TO CONTINUE RESENTENCING HEARING** |

**IT IS HEREBY ORDERED**, upon joint motion having been made and good cause appearing, that the Resentencing Hearing presently set for Thursday, October 17 2013, at 9:30 a.m., be continued to **Friday, November 8, 2013, at 9:30 a.m.**

**SO ORDERED.**

Dated: 10/15/13

HONORABLE GORDON THOMPSON, JR.
United States District Judge